# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IRVIN SCOTT, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-139 |
| TRONOX, INC., | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Irvin Scott, Jr. brought this employment discrimination case against Tronox, Inc. Doc. 1. Tronox, however, filed for bankruptcy. Doc. 13. It now contends that Scott's claim was discharged in that bankruptcy. Doc. 15 (attachments). Its motion to dismiss Scott's case on discharge grounds is unopposed by Scott, for he has filed no response and Local Rule 7.5 deems that to mean that he does not contest Tronox's motion. That motion should therefore be **GRANTED**.

**SO REPORTED AND RECOMMENDED** this  9th  day of May, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA