U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JUN 27 AM 11:55

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IRVIN SCOTT, JR.

Plaintiff,

v. CASE NO. CV408-139

TRONOX INC.,

Defendant.

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which objections have been filed (Doc. 18). In his objections, Plaintiff generally opposes the dismissal of his complaint. (Id. at 1.) However, the Bankruptcy Code operates to discharge employment discrimination claims filed prior to a defendant's declaration of bankruptcy. See Conroy v. Delta Air Lines, Inc., 2008 WL 1994830, at *1-*2 (S.D. Fla. May 8, 2008) (unpublished). Therefore, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, with the above addendum, and Defendant's Motion to Dismiss (Doc. 15) is **GRANTED**. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA